IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN SHANK,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,[1]<br><br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 16-1416 |

## ORDER

**AND NOW**, this 13th day of August, 2018, upon consideration of the administrative record (ECF No. 7), Magistrate Judge David R. Strawbridge's Report and Recommendation (ECF No. 13), Shank's Objections (ECF No. 16) and the Commissioner's Response (ECF No. 18), it is hereby **ORDERED** that:

1. Shank's objections are **OVERRULED**;

2. Magistrate Judge Strawbridge's Report and Recommendation is **APPROVED & ADOPTED**;

3. Shank's Request for Review is **DENIED**;

4. Judgment is **ENTERED** in favor of the Commissioner; and,

5. This case shall be **CLOSED** for statistical purposes.

---

[1] Nancy A. Berryhill became the Acting Commissioner for Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill should be substituted for the former Acting Commissioner, Carolyn W. Colvin, as the defendant in this action.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.